UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Rosenberg,

                    Plaintiff(s),

      -against –

Trans Union, LLC, et al.,

                    Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:22-CV-00679 (CS)

Seibel, J.

It having been reported to this Court that the claims in this case have been settled **(as only to Defendant U.S. Bank, N.A.)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant U.S. Bank, N.A.)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored. **As Defendant U.S. Bank, N.A. is the only remaining Defendant in this case, the Clerk is directed to close this case.**

      **SO ORDERED**.

Dated: October 6, 2022
      White Plains, New York

*Cathy Seibel*

_____

CATHY SEIBEL, U.S.D.J.

Case 7:22-cv-00679-CS   Document 32   Filed 10/06/22   Page 2 of 2